UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL,<br><br>                               Petitioner,<br><br>             v.<br><br>MATTHEW CATE, Warden<br><br>                               Respondent. | Civil No.    13-0634 DMS (MDD)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than June 7, 2013,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *The Clerk of the Court is directed to send Petitioner a blank in forma pauperis application.*

**IT IS SO ORDERED.**

DATED: April 2, 2013

_____
HON. DANA M. SABRAW
United States District Judge