# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL,<br><br>    Petitioner,<br><br>vs.<br><br>MATTHEW CATE,<br><br>    Respondent. | CASE NO. 13cv0634 DMS (MDD)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS**<br><br>[Docket Nos. 6, 10] |

On March 15, 2013, Petitioner Michael Mitchell, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 6, 2013, Magistrate Judge Mitchell D. Dembin issued a Report and Recommendation ("R&R") recommending that the Court grant Respondent's motion to dismiss. Petitioner filed objections to the R&R on August 28, 2013.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and **GRANTS** Respondent's motion to dismiss. The Court finds no basis for a certificate of appealability.

**IT IS SO ORDERED**.

DATED: October 4, 2013

HON. DANA M. SABRAW
United States District Judge